CATALINA SANCHEZ VDA DE AGUILERA, Respondent, v. ISIDOR BENENSON and Others, Defendants, Impleaded with JACK ROSENTHAL and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED J. WILDE, Respondent, v. NEW YORK PROTESTANT EPISCOPAL CITY MISSION SOCIETY, Appellant.— Order modified by excluding item 3 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER G. HALL, Appellant, v. JULES S. BACHE and Others, Respondents.— Order so far as appealed from modified by providing that the original date of issue shall remain unchanged and the case hold its place on the calendar, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HUGH HEMINGWAY, Appellant, v. ELIZABETH MACKENZIE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [137 Misc. 876.]

ANGELA PAPPADOPOULO, on Behalf of Herself and All Other Stockholders of AMALGAMATED CARPET CO., LTD., Similarly Situated, Respondent, v. AVRAAM ELIAS KAZAN and Others, Defendants. EUGENE A. MANNING and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANGELA PAPPADOPOULO, on Behalf of Herself and All Other Stockholders of AMALGAMATED CARPET CO., LTD., Similarly Situated, Respondent, v. AMALGAMATED CARPET COMPANY, LTD., and Others, Defendants, Impleaded with EUGENE A. MANNING and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN WEINER, Respondent, v. E. PALMER BURNHAM and Others, Appellants. LILLIAN C. TRUEG, Appellant, v. BENJAMIN WEINER, Respondent.— Order modified so as to provide that Lillian C. Trueg and defendants E. Palmer Burnham, Leslie Herman, Earle H. Rodney and Manuel Oviedo shall be plaintiffs, and that Benjamin Weiner shall be defendant, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THADDEUS P. HYATT, Respondent, v. EXPERIMENTER PUBLICATIONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD FARNAN, Respondent, v. WILLIAM SIMS and JOSEPH FAHEY, Appellants. JOHN O'NEILL, Respondent, v. WILLIAM SIMS and JOSEPH FAHEY, Appellants. ROBERT E. JOHNSON, Respondent, v. WILLIAM SIMS and JOSEPH FAHEY, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.